UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELVIRA ORDAZ, | ) | CIVIL NO. 2:18-cv-03365-PLA |
| Plaintiff, | ) ) ) | ~~[PROPOSED]~~ **JUDGMENT** |
| vs. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) ) | |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 09/20/2018

/S/ Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE